UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

204 6TH ST LLC,

    Plaintiff,

v.     Case No: 2:18-cv-235-FtM-38CM

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

/

### ORDER[1]

This matter comes before the Court on Defendant's Motion to Dismiss (Doc. 8) filed on May 7, 2018. Plaintiff filed an Amended Complaint (Doc. 18) on May 30, 2018. Because an amended pleading supersedes an original, motions directed at the superseded pleading are moot. See *Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint.").

Accordingly, it is now **ORDERED**:

Defendant's Motion to Dismiss (Doc. 8) is **DENIED as MOOT.**

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of June 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.